UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

____

BRIAN LEE DAVIDSON,

       Petitioner,

       Case No. 1:24-cv-912

v.

       Honorable Ray Kent

MATT MACAULEY,

       Respondent.
_____/

## **ORDER**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner must show cause within 28 days why the petition should not be dismissed as untimely.


Dated:  September 24, 2024        /s/ Ray Kent
                                                              Ray Kent
                                                              United States Magistrate Judge