UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

BRIAN LEE DAVIDSON,

    Petitioner,

Case No. 1:24-cv-912

v.

Honorable Ray Kent

MATT MACAULEY,

    Respondent.
_____/

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases as untimely.

Dated: October 25, 2024

/s/ Ray Kent
Ray Kent
United States Magistrate Judge